# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL C. KELLEY**
Reg. #47230-198                                                                                    **PLAINTIFF**

V.                                          4:10CV00516-WRW

**SCOTT BRADLEY**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 9th day of June, 2010.


                                                    /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE